UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**FILED
CLERK**

11:04 am, Sep 29, 2021

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,

Plaintiff,

v.

HONEYLOVE SCULPTWEAR, INC.,

Defendant.

Case No. 2:21-cv-3291

1. **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michelle Tenzer-Fuchs hereby dismisses all claims alleged in the case, *Tenzer-Fuchs v. Honeylove Sculptwear, Inc.*, No. 2:21-cv-3291, with prejudice, and with each party bearing her and its own costs. Voluntary dismissal with prejudice under Rule 41(a)(1)(A)(i) is appropriate because Defendant has not filed an answer or other responsive pleading in this case.

Dated: September 20, 2021

Respectfully submitted,

/s/ Jonathan Shalom
Jonathan Shalom, Esq.
Shalom Law, PLLC
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Tel.: (718) 971-9474

*Attorney for Plaintiff
Michelle Tenzer-Fuchs*

Dated: 9/29/2021
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.

1